Memorandum Opinion filed December 16, 2005









 

Memorandum Opinion filed December 16, 2005.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01218-CV

____________

 

IN RE LUIS RIVA DENEGRA, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On December 4, 2005, relator
filed a petition for writ of mandamus in this court.  See Tex.
Gov=t Code Ann. ' 22.221 (Vernon 2005); see also Tex. R. App. P. 52. 

We have no jurisdiction to grant the relief requested.  See Tex.
Gov=t
Code Ann. '
22.221 (Vernon 2005). 
Accordingly, relator=s petition for writ of mandamus is
dismissed for want of jurisdiction. 

 

PER CURIAM

 

Memorandum
Opinion filed December 16, 2005.

Panel consists of
Justices Fowler, Edelman, and Guzman.